## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

JOSEPH GERONIMO, JR.,     )
       Plaintiff,    )
                         )
v.     )                      3:06-CV-1949-R
                         )
UNKNOWN DEFENDANTS,    )
       Defendants.   )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 5th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE